UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN

In Re: ) Case No. 09-17017-AIH
)
UHL, DENISE ANTOINETTE ) Chapter 7
)
        Debtor(s). ) Judge: HARRIS
)

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: September 8, 2009      Time: 9:30 AM

Debtor(s)' Attorney: MARK H.623-1901 KNEVEL

Examination Conducted by:
  Interim Trustee: Alan J. Treinish ( )
  Elected Trustee: _____ ( )   Disputed? ( )
  Other: _____ ( )

Results of Meeting:

| | |
|---|---|
| Held ( X ) | Not Held ( ) |
| Concluded ( X ) | Debtor Failed to Appear ( ) |
| Continued ( ) | Attorney Failed to Appear ( ) |
|   Date: _____ | Rescheduled: yes ( ) no ( ) |
|   Time: _____ | At §341 ( ) Prior to §341 ( ) |

Address: Changed to:      Date: _____
_____      Time: _____

Motion to Dismiss to Follow ( )
Address Correct ( )      Other: See Comments: ( )
                                                 707(b) Review:
Case Determined to be:    Asset ( X )    No Action Required ( X )
                                 No-asset ( )    Recommend UST Action ( )
                                 Undetermined ( )      (see below/letter to follow)

Creditors Present:
  Creditor          Representative          Address & Phone

Comments:

                                                 /s/Alan J. Treinish
                                                 Panel Trustee