Case No: 09-17017 AIH Judge: ARTHUR HARRIS  Trustee Name: ALAN J. TREINISH, TRUSTEE
Case Name: UHL, DENISE ANTOINETTE  Date Filed (f) or Converted (c): 07/30/09 (f)
                                    341(a) Meeting Date: 09/08/09
For Period Ending: 09/10/09          Claims Bar Date: APPLIED FOR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13100 YORK BLVD. GARFIELD HTS, OH SEE ATTACHED LEG | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. OHIO CATHOLIC FEDERAL C.U. CHECKING | 40.00 | 0.00 | DA | 0.00 | FA |
| 4. OHIO CATHOLIC FEDERAL CREDIT UNION SAVINGS $1,364 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS. NO SINGLE ITEM HA | 420.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING - MISC | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. JEWELRY - MISC | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. NATIONWIDE LIFE INSURANCE COMPANY WHOLE LIFE INSUR | Unknown | 0.00 | DA | 0.00 | FA |
| 9. GARFIELD HEIGHTS BOARD OF EDUCATION EMPLOYEE GROUP | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. OHIO CATHOLIC FEDERAL CREDIT UNION IRA APPROXIMATE | Unknown | 0.00 | DA | 0.00 | FA |
| 11. GARFIELD HTS BOARD OF EDUCATION SERS APPROXIMATE B | Unknown | 0.00 | DA | 0.00 | FA |
| 12. 2009 FEDERAL AND STATE INCOME TAX REFUNDS AMOUNTS, | Unknown | 0.00 | DA | 0.00 | FA |
| 13. WORKERS COMPENSATION INJURY. CLIENT DOES NOT ANTIC | Unknown | 0.00 | DA | 0.00 | FA |
| 14. 1996 CHEVROLET LUMINA NO LIEN | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. POSSIBLE PREFERENCE TO SISTER (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $31,120.00       $1.00              $0.00    $1.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/10/10    Current Projected Date of Final Report (TFR): 09/10/10

    /s/    ALAN J. TREINISH, TRUSTEE
_____  Date: 09/10/09
    ALAN J. TREINISH, TRUSTEE

LFORM1                                                                                                       Ver: 15.00a

| | | |
|---|---|---|
| Case No: | 09-17017   AIH   Judge: ARTHUR HARRIS | Trustee Name:   ALAN J. TREINISH, TRUSTEE |
| Case Name: | UHL, DENISE ANTOINETTE | Date Filed (f) or Converted (c):   07/30/09 (f) |
| | | 341(a) Meeting Date:   09/08/09 |
| | | Claims Bar Date:   APPLIED FOR |