UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-17017 |
| | ) | |
| DENISE UHL | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| | ) | |
| | ) | JUDGE: ARTHUR HARRIS |
| | ) | |
| Debtor(s) | ) | |

## REQUEST FOR NOTICE TO CREDITORS

To the clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the

above-captioned matter. Please issue notice to creditors to file claims.

Date: <u>SEPTEMBER 10, 2009</u>                    <u>/S/ ALAN J. TREINISH</u>

                                                      ALAN J. TREINISH, Trustee