Case No: 09-17017 AIH Judge: ARTHUR HARRIS  
Case Name: UHL, DENISE ANTOINETTE  
For Period Ending: 09/30/09

Trustee Name: ALAN J. TREINISH, TRUSTEE  
Date Filed (f) or Converted (c): 07/30/09 (f)  
341(a) Meeting Date: 09/08/09  
Claims Bar Date: 12/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13100 YORK BLVD. GARFIELD HTS, OH SEE ATTACHED LEG | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CASH ON HAND | 10.00 | 0.00 | DA | 0.00 | FA |
| 3. OHIO CATHOLIC FEDERAL C.U. CHECKING | 40.00 | 0.00 | DA | 0.00 | FA |
| 4. OHIO CATHOLIC FEDERAL CREDIT UNION SAVINGS $1,364 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS. NO SINGLE ITEM HA | 420.00 | 0.00 | DA | 0.00 | FA |
| 6. CLOTHING - MISC | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. JEWELRY - MISC | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. NATIONWIDE LIFE INSURANCE COMPANY WHOLE LIFE INSUR | Unknown | 0.00 | DA | 0.00 | FA |
| 9. GARFIELD HEIGHTS BOARD OF EDUCATION EMPLOYEE GROUP | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. OHIO CATHOLIC FEDERAL CREDIT UNION IRA APPROXIMATE | Unknown | 0.00 | DA | 0.00 | FA |
| 11. GARFIELD HTS BOARD OF EDUCATION SERS APPROXIMATE B | Unknown | 0.00 | DA | 0.00 | FA |
| 12. 2009 FEDERAL AND STATE INCOME TAX REFUNDS AMOUNTS, | Unknown | 0.00 | DA | 0.00 | FA |
| 13. WORKERS COMPENSATION INJURY. CLIENT DOES NOT ANTIC | Unknown | 0.00 | DA | 0.00 | FA |
| 14. 1996 CHEVROLET LUMINA NO LIEN | 500.00 | 0.00 | DA | 0.00 | FA |
| 15. POSSIBLE PREFERENCE TO SISTER (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

TOTALS (Excluding Unknown Values) | $31,120.00 | $1.00 | | $0.00 | Gross Value of Remaining Assets $1.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/10/10   Current Projected Date of Final Report (TFR): 09/10/10

/s/   ALAN J. TREINISH, TRUSTEE

LFORM1

Ver: 15.01

Case No: 09-17017 AIH Judge: ARTHUR HARRIS  Trustee Name: ALAN J. TREINISH, TRUSTEE
Case Name: UHL, DENISE ANTOINETTE  Date Filed (f) or Converted (c): 07/30/09 (f)
341(a) Meeting Date: 09/08/09
Claims Bar Date: 12/10/09

_____ Date: 10/08/09
ALAN J. TREINISH, TRUSTEE