Date: 10/08/10     DIVIDENDS REMITTED TO THE COURT     R# 151109     Page: 1

Case Number 09-17017 - UHL, DENISE ANTOINETTE

| Creditor | Claim No. | Check # | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | 000002 | 103 | 204.57 | 2.54 |
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000007 | 108 | 100.34 | 1.24 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000011 | 112 | 87.29 | 1.08 |
| Illuminating Company*<br>Attn: Bankruptcy Department<br>6896 Miller Road<br>Brecksville, OH 44141-3222 | 000013 | 114 | 213.13 | 2.64 |
| ---------- Remittance Total ---------------- | | | 605.33 | 7.50 |

*signature*
ALAN J. TREINISH, TRUSTEE